UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| DISCOPOLUS, LLC, dba Wild Orchid, on behalf of itself and all other businesses similarly situated within the City of Reno,<br><br>   Plaintiff,<br><br> vs.<br><br>CHARLES McNEELEY, in his official capacity as the City Manager for the City of Reno, et al.,<br><br>   Defendants. | 3:07-CV-0038-HDM (RAM)<br><br>MINUTES OF THE COURT<br><br>November 16, 2007 |

PRESENT:   THE HONORABLE ROBERT A. McQUAID, JR., U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   FRANK JUSTILIANO            REPORTER:  NONE APPEARING

COUNSEL FOR PLAINTIFF(S):  NONE APPEARING

COUNSEL FOR DEFENDANT(S):  NONE APPEARING

MINUTE ORDER IN CHAMBERS:

 Plaintiff has filed a Motion to Compel the Deposition of Officer Ernie Kazmar (Doc. #53).

 LR 26-7(b) provides that "Discovery motions will not be considered unless a statement of moving counsel is attached thereto certifying that, after personal consultation and sincere effort to do so, counsel have been unable to resolve the matter without court action."

 Plaintiff's Motion contains no such statement and it does not appear to the court that there has been any personal consultation and sincere effort to resolve this dispute.

 Plaintiff's Motion to Compel the Deposition of Officer Ernie Kazmar (Doc. #53) is DENIED without prejudice.

 IT IS SO ORDERED.

                LANCE S. WILSON, CLERK
                By:_____/s/_____
                  Deputy Clerk